**2012-5021**

# In The
# United States Court of Appeals
## For The Federal Circuit

**JAMES D. FULBRIGHT,**

*Plaintiff – Appellant,*

**v.**

**UNITED STATES,**

*Defendant – Appellee.*

**APPEAL FROM THE UNITED STATES COURT OF FEDERAL CLAIMS IN CASE NO. 10-CV-465, JUDGE CHRISTINE O.C. MILLER.**

## NOTICE OF CORRECTION

Michael D.J. Eisenberg
LAW OFFICE OF MICHAEL D.J. EISENBERG
700 12th Street, NW, Suite 700
Washington, DC  20005
(202) 558-6371

*Counsel for Appellant*                                              *Dated: June 8, 2012*

## **NOTICE OF CORRECTION**

Appellant James D. Fulbright filed his Opening Brief on March 30, 2012. This submission is to include the "Addendum" with the Opening Brief instead of the "Appendix."

I caused the Corrected Brief of Appellant to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to Counsel for Appellee. Upon acceptance by the Clerk of the Court of the electronically-filed document, the corrections will be made to the copies on file in the Clerk's Office. No other changes are being made to the Brief other than the correction described above.

Dated: June 8, 2012

                              Respectfully submitted,

                              /s/ Michael D.J. Eisenberg
                              Michael D.J. Eisenberg
                              Law Office of Michael D.J. Eisenberg
                              Attorney for the Appellant
                              700 12th Street, NW, Suite 700
                              Washington, DC 20005
                              O: (202) 558-6371
                              F: (202) 403-34
                              E-mail: Michael@Eisenberg-LawOffice.com

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 8th day of June, 2012, I caused the Notice of Correction to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Douglas G. Edelschick
> U.S. DEPARTMENT OF JUSTICE
>   COMMERCIAL LITIGATION BRANCH, CIVIL DIVISION
> Post Office Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 353-9303
>
> *Counsel for Appellee*

Upon acceptance by the Clerk of the Court of the electronically-filed document, the required number of copies of the Notice of Correction will be hand filed at the Office of the Clerk, United States Court of Appeals for the Federal Circuit in accordance with the Federal Circuit Rules.

/s/ Michael D.J. Eisenberg
*Counsel for Appellant*